# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*Victor M. Kern* Construction Co, Plaintiff(s),

vs.

Case No. 11cv124 MJD/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES [X]    NO [ ]

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).    *Attached*

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff    *Victor M. Kern*

      Name    *Victor M Kern Construction Co.*

      Street Address    *12485   150th St.*

      County, City    *Wadena, Wadena, MN. 56482*

      State & Zip Code    *MN. 56482*

      Telephone Number    *218-371-2190*

SCANNED

U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name *H. Michael Carr*

Street Address

County, City

State & Zip Code

*See Attached*

b. Defendant No. 2

Name *Stephen Young*

Street Address

County, City

State & Zip Code

*See Attached*

c. Defendant No. 3

Name *Michael D. Carr*

Street Address

County, City

State & Zip Code

*See Attached*

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

Page 1of 3                                    1/15/11
U.S. District Court;
Attached defendant list:   Paragraph 2.


A. Defendant 1.                 H. Michael Carr

Street                          15643 129th Ave
County, City                    Wadena, Wadena, MN. 56482


B. Defendant 2.                 Stephen Young

Street                          14821 150th St.
County, City                    Wadena, Wadena, MN.56482


C. Defendant 3.                 Micheal D. Carr

Street                          519 Brown St. S.W.
Count, City                     Wadena,  Verndale, MN. 56481


D. Defendant 4. Name:           Lane D. Waldahl
                                County Commissioner
Street                          15468, Shady Acres Dr.
County, City                    Wadena, Wadena, MN. 56482


E. Defendant 5. Name:           William Stearns
                                County Commissioner
Street                          1215 6th, S.W.
County, City                    Wadena, Wadena, MN. 56482


F. Defendant 6. Name:           Ralph Miller
                                County Commissioner
Street                          18553, 138th, St.
County, City                    Wadena, Wadena, MN. 56482

U.S. District Court;

Page 2 of 3

| | |
|---|---|
| G. Defendant 7. | Bruce Uselman |
| Street | 1038 Juniper Ave |
| County, City | Wadena, Wadena MN. 56482 |
| | |
| H. Defendant 8. | William  Cross |
| Street | 28844, 149th Ave. |
| County, City | Wadena, Sebeka, MN. 56477 |
| | |
| I. Defendant 9. | Jeffery D. Pederson |
| Street | 24 Colfax Ave |
| County, City, | Wadena, Wadena MN. 56482 |
| | |
| J. Defendant 10 | Orville Meyer |
| | County Commissioner |
| Street | 29034 Warner RD. |
| County, City | Wadena, Staples, MN. 56479 |
| | |
| K. Defendant 11 | Rodney Bounds |
| | County Commissioner |
| Street | 21357, 220th St. |
| County, City | Wadena, Verndale, MN. 56481 |
| | |
| L. Defendant 12 | Thomas Speed |
| Street | 1742 Southbrook Lane |
| County, City | Wadena, Wadena, MN. 56482 |

U.S. District Court;

Page 3 of 3

M. Defendant 13                    Jeffrey Jares

Street                             30494 450th St.
County, City                       Wadena, Staples, MN. 56479

N. Defendant 14                    Cory Carr

Street                             812 King Ave, S.W.
County, City                       Wadena, Wadena, MN. 56482

O. Defendant 15                    Bryan Savoloja

Street           Last Known   112 Emerson Ave S.W.
County, City                  Wadena, Wadena, MN. 56482

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☑ Federal Question      ☐ Diversity of Citizenship
   *U.S. Patent*

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? If more than one, list each.

   *Constitutional*
   *Statutory*      *U.S Patent*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:            State of Citizenship:

   Defendant No. 1:          State of Citizenship:

   Defendant No. 2:          State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☒ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in

3

the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

See Attached

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.


REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Lost income of U.S Patent, Insurance, compensation of damage and extra coat. to homeowners Thomastown Church, The replacement of phone #218-639-4860 and 631-5974 cost of lost income as contractor, and court cost, false inprisonment, back supportadjustment and expungement of false Charges,

United States District Court.
U. S. Attorney General                    12/29/10
U.S. Civil Complaint/paragraph #7

Page 1

1. For the complete monetary reimbursement of lost revenue
And the replacement value of such, a 1952 Chevrolet ½ ton
Company truck, $6500.00, a 570 diesel allis chalmers tractor with
allied loader, also owned by Kern Construction Co. at a value of
$7200.00.

The lost earnings of United Parcel Service, $450,000 plus the
loss of the 401k retirement and pension at a minimum of $250,000
in earnings lost through false police reports.

The outcome a loss of vested time, in such and a United States
of America patent #7200947-b2 that should and would have been
in numerous store's such as Menard's corporate from at least late
2007 - early 2008, at a loss of thousands of dollars in accordance
with their 250 retail stores, which was already established and
can be proved. At a profit of $5 to $12 per tool x 5 per store x 250
retail store's 2008/2009/2010 at a loss of a minimum of 225,000
to 450,000 thousand dollars, not including the manufacturing
company loss, 20% of the retail market of this product only at
A $5 dollar profit was an estimated 2.3 billion, in retail store
U.S.A. only, of which this product/patent was also mentioned
on court records, as complete, and in the final stages of marketing,
while, awaiting a speedy and public trial on the infamous charge
of non-support, of my children, the local tax base, and another
regional incompetence center.

All well within the U.S. constitutional, guidelines of the
pursuit of happiness, travel, defense, the right to petition,
as sole owner of Victor M. Kern Construction Co. and U.S.
Constitutional guardian, of Jackie, Jamie, and Jennifer Kern,
While, minor's and should also be noted that upon graduation
of one, daughter, the support amount, was brought to the

Page 2

attention of more, than one socialism worker, while awaiting
a jury trial, as a grievance, without remedy, or regard, for the
welfare of the children, common sense alone would dictate upon
leaving the nest, the company's involved, all who want
profitability and a good name, all would prefer less red tape, it is
also fore-mentioned that this product does, ease back fatigue, it
is quite obvious that the socialism workers, were not only
corrupt and biased towards the male gender, but were biased
on their ability to count, on a taxable factual value, of support,
not to mention those of whom I personally know, who have not
paid support, for their children, without any harassment, awaiting
a trial by jury in the case fore-mentioned, justice by who you know
instead of what you know, the evidence speaks for itself.

If not I can also mention numerous children in my care, as
babysitter/guardian in past years.

2. The two other products of which are un-patented, in disarray
because of a complete disregard of the fourth amendment, the right
to be secure in papers, private files, effects, electricity, at the home
located at 12485, 150th St. Wadena, Mn. 56482, bank accounts,
against unreasonable searches or seizure's or prying into private
description, cellular phone number's, of which was erased from
cell phone 218-639-4860 while in custody, prototype's, any
undisclosed information ect. of which also can be proved.
Incompetent so called investigators, Amy Ament, Brian Savoloja,
and Bill Cross???,

While searching for gun's, on a child support sting operation,
any citizen with more than a ½ wit of intelligence, would wonder
what cannon fire and the necessity of going through "Letters to the
Editor", of which were at the time of delivery meant to be public,
1st amendment, and going through private file's, garage's, dresser
drawers, the fourth amendment, the things to be seized, private
undisclosed, file information that was not to be public, and was the
worry Victor M. Kern Construction Company, might shoot deer to

Page 3

insure the children's survival, or as home protection, for the
numerous time's equipment and monies were stolen from that
residence, or to protect equipment from vandalism,
while on such properties, and while in possession of the sheriff's
department, and under security camera's at the courthouse,
10/31/08, one instance, 1996 ford½ ton, front end smashed, heater
core line-fins broke, water pump, radiator plugged from the top
radiator hose ½ way down, ball joints completely ruined, and 300
6-cyl block plugged up with some kind of sealant, because of
incompetent boob's, 99% percent probability suspect employed
in local government, at large.

This truck was inspected by Domino Ford at the time of
purchase and was in excellent shape, purchased for that motor,
mileage as myself, as a commercial truck inspector for U.P.S. with
5 yrs experience, and many trucks in Wadena and Brainerd, MN.,
under my supervision and repair, with over 2000
car days without breakdown, for the sale of U.S. patent
#7200947B2, to meet and display product to numerous private
companies and corporations. 2010, July 7th, 1953 Chevrolet,
completely restored, supposedly impounded, or "forfeited" a
statement, officer Pearson, and yet upon the next use, of owner,
Victor M. Kern, the synchronizer completely destroyed, snap ring
gear retainer busted, that truck was in good running order on
July 7, 2010, after the, we at United Parcel Service, would say the
pre-trip inspection, how much abuse that took, in comparison
rebuilding many, of the same make transmissions in U.P.S.
trucks that are driven hard daily, by different drivers, I have never
yet seen one that beat up, until the 1953, with gear teeth in
excellent condition, reverse completely out of commission,
saved all parts, can notify other U.P.S. mechanic's for a
comparison, but have many years experience as Owner of Kern
auto and Tractor Repair.

With all the tornado damage in Wadena, one could easily see,

Page 4

how nice it would be to have others equipment, especially if the
equipment was already in good running order, such as the 1953
dump truck, For the reimbursement of the public add informing the
public and the F.B.I of such.

   Did I mention that truck was equipped, with a new V-8 and
gone through, clutch, mechanically sound, for transport,
of U.S. patent #7200947B2 , to Euclair, Wisconsin, Menard's
Headquarters, their branch outlet to retail store's. As was the
1952 Chevrolet, good company advertising, as was #218-639-4860
 and #218-631-5974 lost through government corruption and in the
directory, and as was 218-631-3903 of which I also had for many
years, as owner of Kern Auto and Tractor Repair, kept without
bail bilking, ect.

   4. And since when are "Letters to the Editor" about other public
corruption, records ect., used against the author's of such by
corrupt government official's, maybe those private files at the
home at 12485, 150th, street, we could also through in plagiarism.
It could have been a best seller, entitled " How to tell, Truth and
Expose Corruption Simultaneously OOPS, They Skipped the
Whole again". Did I mention that on July, 7 2010, the stop and
"forfeiture" took place as the deliver of one "Letter to the Editor"
was dropped off at 314, South Jefferson, the Wadena Pioneer
Journal.

    The lost income from false arrest warrants, that originated after
of the people, and by the people decided, publicly against a new
jail, most may have been misled, such as I, that a new justice
center, would be better served with a new judge for the people,
which has become quite obvious, with numerous letter's
suppressed, that show corruption, publicly, a clear violation,
of the  first U.S. constitutional 1st amendment , grievance's and
press, and speech.

   Officer's showing up at numerous Kern Construction Co.
job site with phony warrants, the lost income of subcontracting

Page 5

with anyone, who could prevent damage to customer property and businesses property, while being falsely accused, to keep a good company and personal name, priceless, the cost of any incurred damage, higher insurance premium's of such, by the corrupt or incompetent officers, Michael D .Carr a fourth amendment, an illegal search of a covered truck load of U.S. Patent 7200947B2, County Rd. #7 and an illegal stop of same, for stopping to visit my children at 18180, 104 St. another fourth amendment violation, the right to be secure in their person Jackie, Jamie, and Jennifer Kern, all U.S. citizens, of which also the warrant, as usual in Wadena, County was unavailable, until in a cell, and unwarranted, although he made sure to have a bank card on my truck window at the impound lot.

5. Such as there has never been, a proven case of child abuse in such, and is also on public record that stopping a county road, is not illegal, and should also be noted, it is also on record that a judge Jay Carlson, agreed, judge Sally Robertson, disapproved, can you see how confusing, the citizens who know the constitution, could get with the public response, of a new justice center, a clear civil and U.S. constitutional rights violation.

It's know wonder why children lose respect for authority, with the invention of humanism, subcontracting with socialism.

A loss of a minimal 6.4 million dollars and 100,000 after taxes, for damage to that house 12485, 150th , busted water pipes, boiler lines, change out of locks numerous times, "SAVED" ect  which would be just since mine were denied in two separate court cases, equitted by jury in one, non-support of children jury denied, judge Sally Robertson presiding, and yet I saved other's "Letter's to the Editor", on facts, facts, facts, and doing the job. And the removal of undesirable's.

6. By the way the jury not seeing those tax papers also was denied any information on U.S. patent #7200947B2, however the amount 6.4 million will increase with each tampering, of Victor M.

Page 6

Kern Construction Co. equipment, private company prototype's, company files, telephone's, credit accounts ect. By the Wadena County Commissioner's, H. Michael Carr, Steve Young, Bruce Uselman, police chief, detector "Bill Cross," Bill Ness the similarities on record, have a direct connection to the corruption fore-mentioned, and can and will be proved through public newsprint of past, company files ect. necessary to that companies expansion not to mention the cost of loss, of Jackie, Jamie and Jennifer Kern all U.S. Citizen's with a vested interest in Kern Construction Co., gun safety, anti-liberal values, anti-abortion values and the constitutional right to be secure with connections to that company, and entitled to equal protection under U.S. Constitutional law and as given as owner of Kern Construction Co. and sole owner of U.S #7200947B2.

7. Such as the V.F.W., Warner Tool Co., United Rental Store's, Ember's America, R.S.C equipment rental, Lowes Corp., Kraft Tool Co., Stanley Works Corp., Pete Lint Tractor Supply Co., Menard's Headquarters, Euclaire, Wisconsin, Marshalltown Tool, Home Depot rental and retail, Northern Tool Co., Numerous cement company's rental and retail that wanted product, but many wanted patent #7200947B2 to go through corporate office's a round trip of over 6,000 miles, phone records of past are also accessible given the time to go through past tax receipts, at the same time's restraining orders were put in play, by the corrupt, public bars, and of which this company has done work for numerous "bars" and of which I personally have never had a drinking problem, or the inability to abstain of my own free will, 1990, 1991, 1992, 1995, 1996, 1997 until Oct 31,1997 1.5 beers one corrupted by the assisted rapist of one relative using my cigarette, of which can be verified, "years" by witnesses, "cigarette" by credibility to jury, threats by independent survey of bar owners, after looking for my children, "Trick or Treating" can you see the similarities of corruption yet, another striking similarity

Page 7

of County Commissioner Lane D. Waldahl, of whom is posing as
guardian, of children in Wadena, County, which happens to be
illegal, and his daughter Erika Waldahl, jailer, drinking buddie's of
Bruce L. Mcmanigle's children, and the disappearance of all
business, truck, shop key's of Victor M. Kern Construction Co., in
custody, also unwarranted, and on camera's, and loss of income as
an independent contractor. *Public newsprint "Wadena Pioneer
Journal" all the new surveillance equipment that works well for the
public safety and security of those involved, not to mention
camera's already installed that work well, until copies where asked
for, such as Tom Speed, on public V.F.W. billboard, local media
ect.

        Past transcripts/versus past cases should still be plentiful, if
tornado damage hasn't left them with Dorothy, in Kansas,  one case
intentional botched by Bruce Uselman, detector, and Holger
Neilson, of whom thought "the day's of Wyatt Earp, were over",
and "we already know what happened".

One can be thankful for those who take their job seriously,
and for citizen's present with good hearing, records, ect., one
police statement, in deep, thougth looking at the ¾ full beer bottle,
had he thought harder, the detective "holmes" would have noticed
the full cigarette, my brand, my beer, in the beer bottle, and yet
detective Uselman, not so convincingly explained "we are trained
to handle these situation's", that is apparent by the necessity, of
outside investigation, The restraining of two yrs.ago mentioned, of
one Bruce L. McManigle, 200 yds away from one Jackie S. Kern,
Jamie K. Kern, Jennifer D. Kern, should be in effect, we apparently
have training also. Although the thought police editorial is factual
and on record it, positively, does not give those corrupt in local
government the right to impose their corruption on others, a
new "Justice Center", the relation of editorial's exposing such.

 Restraining orders, not to leave the state of Minnesota, as this
company, Victor M. Kern Construction Co., was preparing to meet

Page 8

with many companies, in between each bail bilking, awaiting a trial
by jury, previous, phone records are plentiful, along with gas
receipts, hotel, plane, previous, of which where not meant as
pleasure trips alone, along with witness accounts of meeting with
various company's individual business cards from various states
are also accessible as proof.

And for the reimbursement of those private homeowner's and
non-profit organizations and homeowner's who sustained damage,
signatures are available, and waited for completed construction
with acts not of God in the seasonal state of Minnesota, but by the
corrupt and intensional act's, of those acting as leader's, in local
government.

3. For tracking of squad car's in the county of Wadena, MN.
for the prevention of harassement of private citizen's without any
probable cause, the indefinate retension of all public taxpayer paid
video, surveillance, equipment and the ability to access any
pertaining, to this case, as owner of Kern Construction Co. and as a
U.S. Citizen, and the accessibility of any future discrepancies by
other U.S. citizen's.

Along with one I have enclosed on 104th St. Wadena, County
20 min after arrival in Wadena, after a return trip to the F.B.I. of
which was closed, to get them to help investigate, the trip on 104th,
St. a visit with a nephew also one 104th to inquire on work with
Cyclone Drilling Co. in the slow season, of which we both have
been employed by on more than one occasion.

This county road had also been mentioned previously in a
phone conversation between myself and H. Michael Carr, of whom
I disagree with on U. S. constitutional grounds, corruption
prevalence, self defense, a justice center, socialism service's,
another regional jail, professionalism, his choice's on favoritism
and many other area's, all of which I did not vote for, nor was I
impressed with the thought of a suit in law, if I reported another
crime to him as sheriff, a witness was present. Also the Posse

Page 9

leader with which is not to impressive either, with the members,
being H. Micheal Carr, Lane D. Waldahl, Vickie Thompson, sister
and good friends of the former, Linda Kern, sister-in law, and
others of whom two are relative's and easily influenced, or
oblivious to the numerous criminal activities such as "professional
jury's", illegal, nor impartial, or socialism care, sanctioned by
Steve Young, 2001, and yet didn't deem it necessary to testify, in
1997, having had trouble with the same, group as we did, nor
deemed it necessary to inform the jury that others were still having
troubles with the same ruffians while the trial was in progress,
whether they used self defense politically correctly, one may never
know, the statute of limitations, on this may be up, but it does have
direct relation to numerous, corrupt activity's, relating to this case,
but well aware of U.S. Patent 7200947B2 and some of it's history.

4. Also it should be brought to the attention, of numerous
voter's , of whom have also been, the victim's of voter fraud,
such as myself, of whom in good faith should and can present
numerous evidence and receive such as voter's and jurors, of
which would have rectified a corrupt situation, such as a new
regional jail in Wadena County, Crow Wing County, Hubbard
County, and Ottertail County, all bordering one another, one
instance, H. Michael Carr Sheriff, on public record, before it
became so prevalent, such as to be deemed organized crime, in
accordance with the U.S. Constitution, of which is the supreme law
of the land.

The numerous historical events such as, truck repairs in
relation, to false warrants of which can be sent, over two weeks
in jail after a dentist appointment, of which was scheduled
previously, the wait is on record, while on antibiotic's, for one,
also. For a search warrant ( Kaplan Professional Schools) to
produce record's of updated schooling for contractor licensing of
2008-2009 of whom in 2009 this Company was denied the full
credit of class for a loss of 40 min this may be co-incidence, but it

Page 10

would be worth knowing, who all attended that class, such as H. Micheal Carr, another coincidence the theft of my wallet North Dakota, while working for Cyclone Drilling Co., and driving from location back to Cyclone rig #23, ending up borrowing for the return trip back to Minnesota, from a Donald Burgess, by debit card, tool pusher.

I also had the privilege of waving to one Michael D. Carr, or which is improbable, his twin, if the time off and gas slips, coinside, surely it wasn't another secret mission, out of county line's, in North Dakota, with so much corruption in Wadena County, Minnesota, the list goes on damage, to one honda motorcycle, unwarranted, windsheild, busted, sheriff's care, 1996 ford ½ ton, motor ball joint's, water pump heater core ect. Have slips and date's, unwarranted, sheriff's care, 1953 chev 2 ½ ton, transmission, phone # unwarranted, sheriff's care, a speeding ticket, 1952 chev. 6 cyl, four speed, of which is highly unlikely, to do interstate speed, changed to failure to switch lanes do to upcoming traffic in the lane adjacent.

Not guilty, plea denied, on record as is the meeting with Verndale City Council to produce this tape of stop, probable cause? That was a nice truck the children liked, for parade's, advertising ect., for a restraining order, preventing any further, harrasment of those children, to keep off, both properties of which is more than obvious the reason's why, unless notified otherwise, equal protection, we just say no to drug's, and county attorney's, peddling, in those illegal. And any other equity damaged deemed appropriate, such as damage, to personal property, gun's stolen from 12485, 150th St. Wadena, MN.56482

It has also came up, publicly that this company, owner know's how to deal with, a less than honorable judge, Wadena County fairground's, previous sheriff's race, by one running candidate, and although, witnesses may, still be available, it may make them as useless at fighting corruption, as my stolen gun's

Page 11

back, without the ammunition, squirrel hunting has opened, the deer opener, and muzzle loader, is just around the bend, the children would appreciate it to, many company's may still be anticipating, a good quarterly profit, ect, although some may be in denial yet, of taxation without representation.

Another notation of one Mary Springer, Penny Mcmanigle, in conglomeration, with one Bruce Uselman Chief of Police, trying to obtain evidence, to prove competence, in a previous case, equitted by jury, not by reasonable doubt, but absolute assurance, even though much evidence was suppressed, which has been commonplace in all past, if a citizen is criminalized with truth suppression and possibility, they would look so much more successful, minus facts, in the name of "justice", once everyone is criminalized, who will be left to expose their corruption, while promoting peace, and of course good and faithful stewards of tax dollars, such as the threat of losing my United Parcel Service job,  if we didn't accept a plea, the second instance in two different cases of harrassment, the other by Steven Young, after 6 months of being harassed, as owner of Kern Auto and Tractor Repair, for protection, if we agreed to a plea, but is also, past the statute of limitation's. It is amazing in all the years, from safe driving, to mechanic rating, to carpentry to, a U. S. Patent, to raising children to life we went for quality, not just quantity, maybe they could get by with just better supervision, but it has been proven improbable, with past leadership.

If need be, one business trip may include, signature, collection week, right after customer appreciation week.

5. No state shall make or enforce any law which shall abridge the privileges "the whole truth to jury", "marketing of U.S. 7200947B2", or immunities of citizen's of the United States, graduation of one Jaqueline S. Kern, restraining order, totally corrupt, Jamie K. Kern, child support adjustment, in accordance, county Rd. 104, totally corrupt, county Rd. #7, totally corrupt,

Page 12

Letters to the Editor, or public, editing to fit government agenda, exposing corruption, tax waste, free enterprise U.S. Patent 7200947B2, the right to expand a U.S. company, Victor M. Kern Construction Co. the public trust of those left in wait, by corrupt government officials,

6. Any one with any common sense, would know that a job finished would any increase the odds substantially of children's welfare, totally corrupt, nor shall any state deprive any person of life, liberty, graduation, property, cell phone directory, U.S. patent #7200947B2 at a previous investment of at least $30,000, hours, fee's, marketing, supply companies, companies involved, monies, the security of company owned prototype's, Patent Security, files, while awaiting a speedy and public impartial but inform-able trial by jury, nor deny to any person within its jurisdiction equal protection, John Matheison, 30 day's wait on roofing completion, Thomastown Covenant Church, over two weeks, and having to hire another to cover roof in plastic, and then complete, menards corporate, and others, creditors. Wadena County government has proved numerous time's that socialized government is not good government, and counter productive to constitutional government.

Although this company can't accurately predict how much income was lost, with 218-639-4860, being used by another person, I can predict accurately the cost of re-establishment, of all U.S. accounts, concerning U.S Patent marketing, hrs, mileage, gas, shipping, telephone, contacts, and outside labor re-establishment. Which should also include Canada, RSC equipment, if 500 rental store's is still accurate.

7. The numerous corruption regarding U.S. patent 7200947B2, and Victor M. Kern Construction Co., by those named in this suit of constitutional law, and accountable in relation to building a new "justice center", and other "highlights", reminds me of their redlight, green light, program, politically, while doing interviews with new sex education teacher, to keep class size to a minimum,

Page 13

rated X, while promoting parental guidance, of which has already
been proved.

This company has always had good credit accounts, until
bail bilking and exposing public government waste and corruption
begin, and should be noted, although there is much more evidence
to present, and after 10 yrs. vested in United Parcel Service which
also does background checks for criminal activities upon
employment, in Wadena County government, it's quite apparent
they use the short form in investigation work and local hiring in
government.

8. This company Victor M. Kern Construction Co. did not make
them corrupt, nor condone their actions, of which where
unconstitutional, and non-productive, as did those who hired them.


                              Respectfully,
                    Victor M. Kern Construction Co.
                         Victor M. Kern, Owner
                           218-639-4860?
                           218-631-5974?
                           218-371-2190?
                           12485, 150th, St.
                         Wadena, MN. 56482

Marshalltown Tool                          12/18/07
Tim Brennik

   A  patented tool/leveling system for transporting laying and
leveling webbed, corner, rock faced and/or chimney block with the
ability to center the weight of block while laying and leveling
block. This tool allows the mason to build a column, row or corner
without having to reach for a separate level, keeps hands drier, it
also helps with back fatigue allowing mason to lay block in a more
up-right posture  It also saves on the time it takes to lay block but
is difficult to demonstrate by a picture. If you are interested in the
purchase of this tool as a prototype for future resale, or a
demonstration, you can contact me at  218-639-4860


                        Sincerely      Victor M. Kern
                                       Wadena, MN. 56482
                                       218-639-4860


*One of many Companies*

Signed this **15th**     day of **January,**     **2009.**

Signature of Plaintiff _Victor M. Kern_

Mailing Address _12485  150th ST._
_Wadena MN. 56482_

Telephone Number _218-371-2190_

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and
provide his/her mailing address and telephone number.  Attach additional sheets of paper as
necessary.

It is ~~no~~. Not feasible to get
all signatures of companies involved to
sign, without mailing and faxing to all
the hundreds of companies involved, however
John Matheson of Wadena said he would, if
needed 30 day wait on roofing completion. ect.

The Companies involved and spoken
with extend from Arizona to Maine USA.
and Canada

5



Minneapolis MN 554
SAT 15 JAN 11  PM

**To:** U.S. DISTRICT COURT

316 North Robert St.

Suite 100

St. Paul, MN 55101



**From:** Victor M. Kern Construction Co.

12525 180th St.

Wabasso MN 56492

CLERK U.S. DISTRICT COURT
ST. PAUL, MN
JAN 18 2011
RECEIVED
BY MAIL

# Ready**P**ost.

Utility Mailer